UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO RUIZ NUNEZ,<br><br>Defendant. | Case No. 19-cr-04463-CAB<br><br>**ORDER GRANTING MOTION AND JUDGMENT DISMISSING INFORMATION** |

Upon joint motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 13] without prejudice. An Abstract of Order will be issued for the release of the defendant forthwith.

**IT IS SO ORDERED.**

DATED: 3/11/2021

_____
HON. CATHY ANN BENCIVENGO
United States District Judge